| | |
|---|---|
| **TIFFANY & BOSCO** P.A. | IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED. <br> The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1. <br> **Dated: February 17, 2011**  |

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-55581

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: <br><br> Daniel Brand and Amber Brand <br>    Debtors. <br>_____ <br> Wells Fargo Bank, N.A. <br>    Movant, <br>  vs. <br><br> Daniel Brand and Amber Brand, Debtors, David M. Reaves, Trustee. <br><br>    Respondents. | No. 2:10-BK-39754-RJH <br><br> Chapter 7 <br><br> ORDER <br><br> (Related to Docket #17) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 20, 2009 and recorded in the office of the MARICOPA County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Daniel Brand and Amber Brand have an interest in, further described as:

> THE LAND REFERRED TO IN THIS POLICY IS SITUATED IN THE STATE OF ARIZONA, COUNTY OF MARICOPA, CITY OF GLENDALE AND DESCRIBED AS FOLLOWS: LOT 21, OF WESTGLEN VILLAS, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 844 OF MAPS, PAGE 29 AND AFFIDAVITS OF CORRECTION RECORDED AS 2007-0099342 AND AS 2007-0291718, BOTH OF OFFICIAL RECORDS.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.